HOSINGER & BODE, INC., Appellant, *v.* ELEVEN FRANKLIN PLACE, INC., et al., Defendants, and L. GALE HUNTER, Respondent.

Argued April 6, 1945; decided May 17, 1945.

*John F. Finn, Jr.,* and *Leon Engelsberg* for appellant.
*William E. Vogel* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DES-MOND, THACHER and DYE, JJ.